# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F. | USDC, ED OF WA | 08/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

POST OFFICE BOX 1493
SPOKANE, WASHINGTON 99210-1493

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Spokane YMCA Endowment Committee |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  WFN SP WOLF | | | | | | | | | |
| 2.  Cash Richards Merrill Peterson | A | Interest | J | T | | | | | |
| 3.  Atmel Corp. | | None | | | Sold | 02/07/14 | J | | Sale overlooked |
| 4.  Auto Data Proc. Com | B | Dividend | L | T | | | | | |
| 5.  Berkshire Hath | | None | N | T | | | | | |
| 6.  CDK Global | A | Dividend | K | T | Spinoff (from line 4) | 10/14/14 | K | | Spinoff overlooked |
| 7.  Coca Cola | A | Dividend | | | Sold | 04/22/15 | K | C | |
| 8.  Com 21 Inc | | None | J | T | | | | | |
| 9.  CSX Corp | A | Dividend | J | T | | | | | |
| 10.  Cummins | A | Dividend | | | Sold | 11/03/15 | K | | |
| 11.  Eaton | A | Dividend | K | T | | | | | |
| 12.  Green Brier | A | Dividend | K | T | | | | | |
| 13.  Home Depot | B | Dividend | M | T | | | | | |
| 14.  Honeywell Intl | B | Dividend | L | T | | | | | |
| 15.  IBM | A | Dividend | J | T | Buy | 02/09/14 | J | | Overlooked |
| 16.  Illinois Tool Wks | A | Dividend | K | T | | | | | |
| 17.  Intel Com | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intuitive Surg | | None | L | T | | | | | |
| 19. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 20. St. Jude Med | A | Dividend | | | Sold | 09/15/14 | K | | Sale Overlooked |
| 21. Safeway | A | Dividend | | | Sold | 01/10/15 | J | | |
| 22. Stryker | A | Dividend | L | T | | | | | |
| 23. | | | | | | | | | |
| 24. WFN SP | | | | | | | | | |
| 25. Cash--Inland NW Bank | A | Interest | J | T | | | | | |
| 26. Cash--Wash. Trust Bank | A | Interest | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. WFN SP | | | | | | | | | |
| 29. Advanced Emissions | | None | | | Sold | 02/05/15 | J | B | |
| 30. AFLAC | B | Dividend | | | Sold | 04/27/15 | K | C | |
| 31. Amer Exp Co | A | Dividend | | | Donated | | | | |
| 32. American Axel | | None | K | T | | | | | |
| 33. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 34. Bank of America | A | Dividend | | | Sold | 04/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baxalta | A | Dividend | L | T | Spinoff (from line 36) | 07/01/15 | K | | |
| 36. Baxter Intl | A | Dividend | L | T | | | | | |
| 37. Bed-Bath-B | | None | | | Sold | 11/03/15 | J | | |
| 38. Berk Hathwy Com | | None | M | T | | | | | |
| 39. Caterpillar | A | Dividend | J | T | | | | | |
| 40. Cisco | A | Dividend | K | T | | | | | |
| 41. Coca Cola | B | Dividend | K | T | | | | | |
| 42. Cognizant Tech | | None | K | T | Buy | 09/06/15 | K | | |
| 43. Colgate Com | C | Dividend | M | T | | | | | |
| 44. Corning Inc. | A | Dividend | K | T | Buy | 06/16/15 | K | | |
| 45. CSX Corp | A | Dividend | J | T | | | | | |
| 46. Danaher Corp. | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 47. Disney Com | B | Dividend | M | T | | | | | |
| 48. Eaton | A | Dividend | J | T | | | | | |
| 49. Elbit Systems | A | Dividend | | | Sold | 06/16/15 | K | D | |
| 50. Ensco | A | Dividend | | | Sold | 02/05/15 | J | | |
| 51. Freeport McMor | A | Dividend | J | T | Buy | 08/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Home Depot | B | Dividend | M | T | | | | | |
| 53. Intel Corp | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 55. Kenna Metal | A | Dividend | | | Sold | 08/14/15 | J | | |
| 56. KKR | B | Dividend | K | T | | | | | |
| 57. McDonalds Corp | B | Dividend | M | T | | | | | |
| 58. NW Bancorp | | None | K | T | | | | | |
| 59. Netscout | | None | J | T | Spinoff (from line 46) | 02/25/15 | J | | |
| 60. Oracle Corp. | A | Dividend | K | T | | | | | |
| 61. Pfizer | A | Dividend | K | T | | | | | |
| 62. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 63. RPC Inc. | A | Dividend | | | Sold | 09/16/15 | K | | |
| 64. Safeway | A | Dividend | K | T | | | | | |
| 65. Schlum Berger | A | Dividend | K | T | | | | | |
| 66. Sealed Air Corp | A | Dividend | J | T | | | | | |
| 67. Spirit Aerosystems | | None | J | T | | | | | |
| 68. Starbuck's | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. S.W. Airlines Com | A | Dividend | M | T | | | | | |
| 70. Taiwan Mfgr | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 71. TJX Co., Inc. | A | Dividend | J | T | Buy | 02/22/14 | J | | Overlooked |
| 72. Target | A | Dividend | J | T | | | | | |
| 73. Tractor Supply | A | Dividend | L | T | | | | | |
| 74. Walgreen Co. | A | Dividend | L | T | | | | | |
| 75. Waters Corp. | | None | K | T | | | | | |
| 76. Wells Fargo & Co. | B | Dividend | K | T | | | | | |
| 77. Weyerhaeuser | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 78. Zoetis | A | Dividend | J | T | Spinoff (from line 61) | 06/21/13 | J | | Overlooked |
| 79. | | | | | | | | | |
| 80. WFN SPDRSEA | | | | | | | | | |
| 81. AFLAC | A | Dividend | | | Sold | 03/25/15 | K | C | |
| 82. Bank of America | A | Dividend | J | T | | | | | |
| 83. Bed Bath Beyond | | None | J | T | | | | | |
| 84. Boeing | A | Dividend | K | T | | | | | |
| 85. Cash RBC Wealth Management | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Chevron Corp. | A | Dividend | K | T | | | | | |
| 87. Deere & Co. | A | Dividend | | | Sold | 07/20/15 | J | | |
| 88. Dollar Tree | | None | K | T | Buy | 08/31/15 | K | | |
| 89. Emerson Elec | A | Dividend | J | T | | | | | |
| 90. Entravision | A | Dividend | J | T | Buy | 02/13/14 | J | | Overlooked |
| 91. Foot Locker | A | Dividend | K | T | | | | | |
| 92. Johnson Controls | A | Dividend | J | T | | | | | |
| 93. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 94. Magna Intl | A | Dividend | K | T | | | | | |
| 95. Marathon Oil | A | Dividend | J | T | Buy | 12/09/14 | J | | Overlooked |
| 96. Merck | A | Dividend | K | T | | | | | |
| 97. Micron Tech | | None | J | T | Buy | 04/28/15 | J | | |
| 98. Oracle Corp Com | A | Dividend | K | T | | | | | |
| 99. Paccar | A | Dividend | J | T | | | | | |
| 100. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 101. Stanley Black Decker | A | Dividend | | | Sold | 03/26/14 | K | C | Overlooked |
| 102. Starbucks | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Tenneco | A | Dividend | J | T | | | | | |
| 104. Union Pacific | A | Dividend | K | T | | | | | |
| 105. Weyerhauser | A | Dividend | K | T | | | | | |
| 106. Whirlpool | A | Dividend | K | T | Buy | 12/10/15 | K | | |
| 107. | | | | | | | | | |
| 108. MSN SP | | | | | | | | | |
| 109. Cash--Washington Trust Bank | A | Interest | N | T | | | | | |
| 110. Cash--R.W. Baird | B | Interest | J | T | | | | | |
| 111. Abbott Lab | A | Dividend | J | T | | | | | |
| 112. Abbvie Inc. | A | Dividend | J | T | | | | | |
| 113. AFLAC | A | Dividend | J | T | | | | | |
| 114. American Express | A | Dividend | J | T | Buy | 07/09/15 | J | | |
| 115. American Funds-Income Fund of Amer | A | Dividend | K | T | | | | | |
| 116. Berkshire Hath | | None | K | T | | | | | |
| 117. Blackhawk Networks | | None | J | T | Spinoff (from line 142) | 4/15/14 | J | | Overlooked |
| 118. Caterpillar | A | Dividend | J | T | | | | | |
| 119. Cisco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Costco | A | Dividend | K | T | | | | | |
| 121.  CSX | A | Dividend | K | T | | | | | |
| 122.  Digital Realty | A | Dividend | | | Sold | 11/15/15 | K | C | |
| 123.  Dow Chem | A | Dividend | K | T | | | | | |
| 124.  Eaton | A | Dividend | K | T | Buy | 09/16/15 | K | | |
| 125.  Emerson Elec | A | Dividend | J | T | | | | | |
| 126.  Exxon | A | Dividend | K | T | | | | | |
| 127.  First Energy | A | Dividend | J | T | | | | | |
| 128.  Ford | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 129.  Green Brier Co. | A | Dividend | K | T | | | | | |
| 130.  Halyard Health | | None | J | T | Buy | 2/24/12 | J | | Overlooked |
| 131.  Home Depot | A | Dividend | K | T | | | | | |
| 132.  Intel Corp. | A | Dividend | K | T | | | | | |
| 133.  Johnson Control | A | Dividend | K | T | Buy | 01/15/15 | K | | |
| 134.  Johnson-Johnson | B | Dividend | K | T | | | | | |
| 135.  JP Morgan | A | Dividend | K | T | | | | | |
| 136.  Kimberly Clark | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Mondeleze Intl | A | Dividend | K | T | | | | | |
| 138. Peabody Energy | A | Dividend | J | T | | | | | |
| 139. Plum Creek | A | Dividend | | | Sold | 01/15/15 | J | | |
| 140. Proctor & Gamble | A | Dividend | K | T | Buy | 09/16/15 | K | | |
| 141. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 142. Safeway | A | Dividend | J | T | Buy | 02/02/15 | J | | |
| 143. Southwest Airlines | A | Dividend | J | T | | | | | |
| 144. Starbucks | A | Dividend | K | T | | | | | |
| 145. Stryker | A | Dividend | J | T | | | | | |
| 146. TAL | A | Dividend | J | T | | | | | |
| 147. Terra Form Pwr | A | Dividend | J | T | Buy | 01/15/15 | K | | |
| 148. TEVA Pharm | A | Dividend | J | T | | | | | |
| 149. TJX | A | Dividend | J | T | Buy | 08/20/14 | J | | Overlooked |
| 150. Trans Ocean Ltd | A | Dividend | K | T | | | | | |
| 151. UPS | A | Dividend | K | T | | | | | |
| 152. Verizon | A | Dividend | J | T | Buy | 06/11/14 | J | | Overlooked |
| 153. Waste Mgmt | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Walgreen | A | Dividend | K | T | | | | | |
| 155. Weyerhauser | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. MSN SP R.W. Baird▮ | | | | | | | | | |
| 158. Cash-Washington Trust Bank▮ | A | Interest | J | T | | | | | |
| 159. Amer CAP Income Bldr FD | A | Dividend | K | T | | | | | |
| 160. American Funds-Bond Fund Amer | A | Dividend | J | T | | | | | |
| 161. HCP Inc. | A | Dividend | J | T | Buy | 07/09/15 | J | | |
| 162. Home Depot | A | Dividend | | | Sold | 01/15/15 | J | B | |
| 163. American Funds-Income Fund Amer | B | Dividend | K | T | | | | | |
| 164. Illinois Tool | A | Dividend | K | T | | | | | |
| 165. Potash | A | Dividend | J | T | | | | | |
| 166. Vanguard Funds-Mega Cap Growth | C | Dividend | M | T | Buy | 02/20/15 | M | | |
| 167. Wasatch Small Cap Fund | A | Dividend | J | T | | | | | |
| 168. #1 Mineral Rights, Montrial County, N.D. (X) | E | Royalty | | | Sold | 06/19/15 | N | G | |
| 169. #2 Mineral Rights, Montrial County, N.D. (X) | E | Royalty | | | Sold | 06/19/15 | N | G | |
| 170. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Funds-Extended Mkt | A | Dividend | K | T | Buy | 02/17/14 | K | | Overlooked |
| 172. Vanguard Funds-Large Cap | A | Dividend | J | T | Buy | 02/17/14 | J | | Overlooked |
| 173. Vanguard Funds-Mega Cap Growth | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 174. Vanguard Funds-S&P 500 | A | Dividend | K | T | Buy | 02/17/14 | K | | Overlooked |
| 175. Vanguard Funds-Small Cap Value | A | Dividend | J | T | Buy | 02/17/14 | J | | Overlooked |
| 176. Vanguard Funds-Total Stock Mkt | A | Dividend | K | T | Buy | 02/17/14 | K | | Overlooked |
| 177. Vanguard Funds-Value | A | Dividend | J | T | Buy | 02/17/14 | J | | Overlooked |
| 178. Apple | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 179. Berkshire Hathway | | None | J | T | Buy | 06/19/15 | J | | |
| 180. Netscout Systems | | None | J | T | Buy | 07/21/15 | J | | |
| 181. Old Dominion Frt | | None | J | T | Buy | 10/06/15 | J | | |
| 182. Sherwin Williams | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 183. Starbucks | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 184. UPS | A | Dividend | J | T | Buy | 07/21/15 | J | | |
| 185. Whirlpool | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 186. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 08/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM F. NIELSEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544